1  KEVIN G. CLARKSON
2  ATTORNEY GENERAL

3  William Milks (Alaska Bar No. 0411094)
   Kevin Dilg (Alaska Bar No. 1406053)
4  Assistant Attorneys General
   Department of Law
5  P.O. Box 110300
   Juneau, AK 99811-0300
6  Telephone: (907) 465-3600
7  Facsimile: (907) 465-2520
   Email: bill.milks@alaska.gov

*Attorneys for defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER FLETCHER, | ) |
| Plaintiff, | ) |
| v. | ) |
| STATE OF ALASKA, | ) |
| Defendant. | ) CIVIL ACTION |
| | ) CASE NO. 1:18-cv-00007-HRH |

## STATE OF ALASKA'S CROSS-MOTION FOR SUMMARY JUDGMENT

The State of Alaska ("State") hereby moves this Court, pursuant to Federal Rule of Civil Procedure 56, to enter summary judgment in its favor on all of plaintiff's claims. This motion is supported by the State's Combined Memorandum in Support of Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Partial Summary Judgment.

DATED: August 16, 2019.

KEVIN G. CLARKSON
ATTORNEY GENERAL

By: /s/William Milks
William Milks
Assistant Attorney General
Alaska Bar No. 0411094
Kevin Dilg
Assistant Attorney General
Alaska Bar No. 1406053

*Attorneys for Defendant State of Alaska*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, a copy of the foregoing was served electronically via ECF pursuant to the Court's electronic filing procedures on the following parties of record:

| Peter C. Renn | Tara L. Borelli | Eric Croft |
| LAMBDA LEGAL DEFENSE END EDUCATION FUND, INC. | LAMBDA LEGAL DEFENSE END EDUCATION FUND, INC. | THE CROFT LAW OFFICE |

/s/Harry Hale
Harry Hale
Law Office Assistant II

*Fletcher v. SOA*     Case No. 1:18-cv-00007-HRH
STATE'S MOTION FOR SUMMARY JUDGMENT     Page 2 of 2
Case 1:18-cv-00007-HRH   Document 35   Filed 08/16/19   Page 2 of 2