1  KEVIN G. CLARKSON
2  ATTORNEY GENERAL

3  William Milks (Alaska Bar No. 0411094)
   Kevin Dilg (Alaska Bar No. 1406053)
4  Assistant Attorneys General
   Department of Law
5  P.O. Box 110300
   Juneau, AK 99811-0300
6  Telephone: (907) 465-3600
7  Facsimile: (907) 465-2520
   Email: bill.milks@alaska.gov
8
9  *Attorneys for defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER FLETCHER, | ) |
| Plaintiff, | ) |
| v. | ) |
| STATE OF ALASKA, | ) CIVIL ACTION |
| Defendant. | ) CASE NO. 1:18-cv-00007-HRH |

## NOTICE OF FILING REDACTED DOCUMENTS

Pursuant to the Court's August 20, 2019 Order (ECF Dkt. 41), the State of Alaska hereby provides notice of filing and serving redacted versions of Exhibit A to the Affidavit of Ajay Desai (ECF Dkt. 37-1) and Exhibit C to the Affidavit of Counsel (ECF Dkt. 38-3).

DATED: August 20, 2019.

ATTORNEY GENERAL, STATE OF ALASKA
Dimond Courthouse
PO Box 110300, JUNEAU, ALASKA 99811
PHONE (907) 465-3600

KEVIN G. CLARKSON
ATTORNEY GENERAL

By: /s/Kevin M. Dilg
Kevin Dilg
Assistant Attorney General
Alaska Bar No. 1406053
William Milks
Assistant Attorney General
Alaska Bar No. 0411094

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, a copy of the foregoing was served electronically via ECF pursuant to the Court's electronic filing procedures on the following parties of record:

| Peter C. Renn | Tara L. Borelli | Eric Croft |
|---|---|---|
| LAMBDA LEGAL DEFENSE END EDUCATION FUND, INC. | LAMBDA LEGAL DEFENSE END EDUCATION FUND, INC. | THE CROFT LAW OFFICE |

/s/Harry Hale
Harry Hale
Law Office Assistant II