Eric Croft (Alaska Bar No. 9406031)
THE CROFT LAW OFFICE
738 H Street
Anchorage, AK 99501
T: 907-272-3508 | F: 907-274-0146
eric@croftlawoffice.com

Peter C. Renn (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
4221 Wilshire Boulevard, Ste. 280
Los Angeles, CA 90010
T: 213-382-7600 | F: 213-351-6050
prenn@lambdalegal.org

Tara L. Borelli (admitted *pro hac vice*)
Meredith Taylor Brown (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree St. NE, Ste. 640
Atlanta, GA 30308
T: 470-225-5341 | F: 404-897-1884
tborelli@lambdalegal.org, tbrown@lambdalegal.org

*Attorneys for Plaintiff Jennifer Fletcher*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Jennifer Fletcher,<br><br>    Plaintiff,<br><br>vs.<br><br>State of Alaska,<br><br>    Defendant. | Case No. 1:18-cv-00007-HRH |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
WITHDRAW MEREDITH TAYLOR BROWN AS COUNSEL**

*Fletcher v. Alaska*, No. 1:18-cv-00007-HRH

Pursuant to Local Rule 11.1(c)(1), Plaintiff respectfully seeks leave for Meredith Taylor Brown to withdraw as counsel for Plaintiff. Good cause exists to grant this request because Ms. Brown is no longer employed by Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal"), and accordingly is no longer able to represent Plaintiff.

Plaintiff will continue to be represented by Peter C. Renn and Tara L. Borelli of Lambda Legal, and Eric Croft of The Croft Law Office. The undersigned certifies that Plaintiff consents to this withdrawal, and that Defendant does not oppose this request.

Dated: March 13, 2020  Respectfully submitted,

        /s/ Tara L. Borelli
Peter C. Renn (admitted *pro hac vice*)
Tara L. Borelli (admitted *pro hac vice*)
Meredith Taylor Brown (admitted *pro hac vice*)
Eric Croft (Alaska Bar No. 9406031)

*Attorneys for Plaintiff Jennifer Fletcher*

## CERTIFICATE OF LENGTH

In accordance with Local Civil Rule 7.4(a)(2), I hereby certify that this document does not exceed 5,700 words.

/s/ Tara L. Borelli
Peter C. Renn (admitted *pro hac vice*)
Tara L. Borelli (admitted *pro hac vice*)
Meredith Taylor Brown (admitted *pro hac vice*)
Eric Croft (Alaska Bar No. 9406031)

*Attorneys for Plaintiff Jennifer Fletcher*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, I electronically filed the foregoing document and all attachments with the Clerk of the Court by using the CM/ECF system, causing a copy of the foregoing document and all attachments to be served on all counsel of record.

/s/ Tara L. Borelli
Peter C. Renn (admitted *pro hac vice*)
Tara L. Borelli (admitted *pro hac vice*)
Meredith Taylor Brown (admitted *pro hac vice*)
Eric Croft (Alaska Bar No. 9406031)

*Attorneys for Plaintiff Jennifer Fletcher*