IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JENNIFER FLETCHER | v. | STATE OF ALASKA |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 1:18-cv-0007-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

In consideration of the stay of civil proceedings imposed by Miscellaneous General Order No. 20-11, dated March 30, 2020, and Miscellaneous General Order No. 20-13, dated April 20, 2020, the parties' joint proposal of revisions to the case schedule will please be filed as soon as possible, but not later than June 5, 2020.