CLYDE E. SNIFFEN, JR.
ACTING ATTORNEY GENERAL

William Milks (Alaska Bar No. 0411094)
Kevin Dilg (Alaska Bar No. 1406053)
Assistant Attorneys General
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: bill.milks@alaska.gov

*Attorneys for defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

|  |  |
|---|---|
| JENNIFER FLETCHER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF ALASKA,<br><br>    Defendant. | Case No. 1:18-cv-00007-HRH |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES

Pursuant to Local Rule 7.3(b), Defendant, State of Alaska ("State") in coordination with Plaintiff, Ms. Jennifer Fletcher, moves the Court for an order to extend the time allowed under Local Rule 7.2(b)(1) to oppose or otherwise respond to Plaintiff's Motion for Attorney's Fees and Expenses filed on August 28, 2020 (ECF Dkt. 71). The State requests that its response to Fletcher's motion be due on Monday, October 12, 2020.

Fletcher requests that her reply to the State's response be due on Monday, November 2, 2020.

Good cause exists to grant this motion. Counsel for the State have been otherwise occupied since the filing of Plaintiff's motion either with previously scheduled projects or working on other high priority complex legal issues. In order to fully review and meaningfully respond to Plaintiff's motion, the State requires more time than a holiday shortened week. In addition, attorneys for both parties have upcoming hearings and previously scheduled briefing deadlines throughout the months of September and October. Finally, the parties contemplated allowing counsel 45 days to prepare initial motions for costs and fees in the parties' Stipulated Final Judgment (ECF Dkt. 68), thus the parties' original intention was to allow for a relaxed briefing period for any fees motion following an anticipated appeal by the State. Consequently, allowing additional time to respond to the fees motion is appropriate and in harmony with the parties' intentions when they drafted the stipulated judgement.

//

//

Counsel for the State and Fletcher conferred regarding the extensions requested in this motion and neither party will be prejudiced by this extension of time.

DATED: September 9, 2020.

CLYDE E. SNIFFEN, JR.
ACTING ATTORNEY GENERAL

By:     /s/William Milks
William Milks
Assistant Attorney General
Alaska Bar No. 0411094
Kevin Dilg
Assistant Attorney General
Alaska Bar No. 1406053

*Attorneys for Defendant State of Alaska*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I electronically filed the foregoing and all attachments with the Clerk of the Court by using the CM/ECF system, causing a copy of the foregoing and all attachments to be served on all counsel of record.

| | | |
|---|---|---|
| Peter C. Renn | Tara L. Borelli | Eric Croft |
| LAMBDA LEGAL DEFENSE END EDUCATION FUND, INC. | LAMBDA LEGAL DEFENSE END EDUCATION FUND, INC. | THE CROFT LAW OFFICE |

/s/ Ivy Greever
Ivy Greever
Law Office Assistant I

*Jennifer Fletcher v. State*                     Case No. 1:18-cv-00007-HRH
UNOPPOSED MTN FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S MTN FOR ATTORNEY'S FEES AND EXPENSES     Page 3 of 3

Case 1:18-cv-00007-HRH   Document 77   Filed 09/09/20   Page 3 of 3