Eric Croft (Alaska Bar No. 9406031)
THE CROFT LAW OFFICE
738 H Street
Anchorage, AK 99501
T: 907-272-3508 | F: 907-274-0146
eric@croftlawoffice.com

Tara L. Borelli (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree St. NE, Ste. 640
Atlanta, GA 30308
T: 470-225-5341 | F: 404-897-1884
tborelli@lambdalegal.org

Peter C. Renn (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
4221 Wilshire Boulevard, Ste. 280
Los Angeles, CA 90010
T: 213-382-7600 | F: 213-351-6050
prenn@lambdalegal.org

*Attorneys for Plaintiff Jennifer Fletcher*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Jennifer Fletcher,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>State of Alaska,<br><br>　　　　Defendant. | Case No. 1:18-cv-00007-HRH |

**NOTICE OF SUPPLEMENTAL FILING REGARDING
PLAINTIFF'S BILL OF COSTS**

Pursuant to Local Civil Rule 54.1(b), which provides that invoices or other materials to support a bill of costs be "presented to the Clerk upon request," Plaintiff hereby attaches supporting materials for the bill of costs (ECF 70), which document (a) the cost of the filing fee, and (b) the fee for the transcript of the summary judgment hearing on February 19, 2020.

Dated: September 14, 2020

Respectfully submitted,

/s/ Peter C. Renn
Peter C. Renn (admitted *pro hac vice*)
Tara L. Borelli (admitted *pro hac vice*)
Eric Croft (Alaska Bar No. 9406031)

*Attorneys for Plaintiff Jennifer Fletcher*

# Tara Borelli

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, June 5, 2018 1:19 PM |
| **To:** | Tara Borelli; Tyleis Davidson |
| **Subject:** | Pay.gov Payment Confirmation: AKD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the court you paid at your earliest convenience.

Application Name: AKD CM ECF
Pay.gov Tracking ID: 26A4KOHT
Agency Tracking ID: 097--2528119
Transaction Type: Sale
Transaction Date: Jun 5, 2018 1:18:55 PM

Account Holder Name: Tara Borelli
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************4000


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
District of Alaska

## INVOICE

NUMBER: 20200022

TO:
Ms. Tara L. Borelli
Lambda Legal Defense and Education Fund, Inc.
730 Peachtree Street NE
Suite 640
Atlanta, GA, 30308

PHONE: (404) 897-1880
FAX:

MAKE CHECK PAYABLE TO:
R. Joy Stancel
222 West 7th Avenue, #4
Anchorage
AK

PHONE: (907) 677-6104

### TRANSCRIPTS

☐ CRIMINAL    ☑ CIVIL

DATE ORDERED: 02/20/2020
DATE DELIVERED:

IN THE MATTER OF (CASE NUMBER AND TITLE)
1:18-cv-7-HRH, Jennifer Fletcher v State of Alaska, In Re: Fletcher v. State of Alaska

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 27 | 3.65 | 98.55 | | | 0.00 | | | 0.00 | 98.55 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date): 02/19/2020

| | |
|---|---|
| TOTAL | 98.55 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| ADD AMOUNT OF DEPOSIT | |
| **AMOUNT DUE (OR REFUND)** | 98.55 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER: R. Stancel
DATE: 03/16/2020

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing document and all attachments with the Clerk of the Court by using the CM/ECF system, causing a copy of the foregoing document and all attachments to be served on all counsel of record.

                                                /s/ Peter C. Renn
                                      Peter C. Renn (admitted *pro hac vice*)
                                      Tara L. Borelli (admitted *pro hac vice*)
                                      Eric Croft (Alaska Bar No. 9406031)

                                      *Attorneys for Plaintiff Jennifer Fletcher*