CLYDE E. SNIFFEN
ACTING ATTORNEY GENERAL

William Milks (Alaska Bar No. 0411094)
Kevin Dilg (Alaska Bar No. 1406053)
Assistant Attorneys General
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: bill.milks@alaska.gov

*Attorneys for defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER FLETCHER,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF ALASKA,<br><br>      Defendant. | Case No. 1:18-cv-00007-HRH |

## STATE OF ALASKA'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES

Pursuant to this Court's order (ECF Dkt. 78) extending the time to respond to

Plaintiff's Motion for Attorney's Fees and Expenses (ECF Dkt. 71), Defendant, State of

Alaska ("State") hereby files its non-opposition to the amount of costs and fees contained

in Plaintiff's motion.

DATED:  October 12, 2020.

CLYDE E. SNIFFEN
ACTING ATTORNEY GENERAL

By:   /s/William Milks
William Milks
Assistant Attorney General
Alaska Bar No. 0411094
Kevin Dilg
Assistant Attorney General
Alaska Bar No. 1406053

*Attorneys for Defendant State of Alaska*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2020, I electronically filed the foregoing and

all attachments with the Clerk of the Court by using the CM/ECF system, causing a copy

of the foregoing and all attachments to be served on all counsel of record.

| | | |
|---|---|---|
| Peter C. Renn | Tara L. Borelli | Eric Croft |
| LAMBDA LEGAL | LAMBDA LEGAL | THE CROFT LAW OFFICE |
| DEFENSE END | DEFENSE END | |
| EDUCATION FUND, INC. | EDUCATION FUND, INC. | |

/s/Ivy Greever
Ivy Greever
Law Office Assistant I

*Jennifer Fletcher v. State*                          Case No. 1:18-cv-00007-HRH
STATE OF ALASKA'S NOTICE OF NON-OPPOSITION TO
PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES     Page 2 of 2

Case 1:18-cv-00007-HRH   Document 81   Filed 10/12/20   Page 2 of 2