IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JENNIFER FLETCHER,)
)
                          Plaintiff,)
)
vs.)
)
THE STATE OF ALASKA,)    No. 1:18-cv-0007-HRH
)
                         Defendant.)
_____)

O R D E R

Motion for Attorney Fees and Expenses[1]

Plaintiff moves for an order awarding attorney fees and expenses. The motion is expressly unopposed by defendant.[2] Plaintiff was unquestionably the prevailing party in this case. The amount of the fees requested is reasonable in light of prevailing rates for attorney fees in this community and the time devoted to this case by counsel for plaintiff. Expenses sought by plaintiff were reasonably incurred.

Plaintiff's motion for attorney fees is granted in the amount of $156,882.50. Expenses are awarded in the amount of $10,516.26.

DATED at Anchorage, Alaska, this  21st  day of October, 2020.

                                                    /s/ H. Russel Holland
                                                    United States District Judge

---

[1]Docket No. 71.

[2]Docket No. 81.